UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT JIMENEZ,             )     CASE NO.  ED CV 07-00944 (RZ)
)
              Plaintiff,  )
)     JUDGMENT
       v.              )
)
MICHAEL J. ASTRUE, Commissioner  )
of Social Security Administration,  )
)
            Defendant.  )
_____)

       In accordance with the Memorandum Opinion and Order filed concurrently herewith,

       IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

       DATED:May 15, 2008

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE